**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 02-cr-00601-WYD-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KRISTIE GARDUNO,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On July 24, 2006, the probation officer submitted a Petition for Early Termination of Supervised Release in this case.  On August 21, 2006, the Court ordered the probation officer to serve the petition on the United States and that the United States respond in writing within 15 days of date of service.

       The petition was served on the United States on August 21, 2006.  The United States has had the petition for 15 days and has not submitted any objections to the proposed term of supervised release.  Accordingly it is

       **ORDERED** that the defendant be discharged from supervision and that the proceedings in the case be terminated.

       **DATED** at Denver, Colorado, this 12th day of September, 2006.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            United States District Judge